IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew Walton,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Publix Supermarkets et al,<br><br>　　　　Defendant. | No. CV 12-1859-PHX-FJM<br><br>**ORDER** |

　　　　The court has before it a motion to proceed in forma pauperis (doc. 3) and a motion for service by the marshal (doc. 4).

　　　　A review, however, of the documents purporting to be a complaint shows that this case is subject to dismissal for several reasons: the same claim was dismissed in the Northern District of Georgia; the defendants are beyond the personal jurisdiction of the court; the complaint fails to state a claim under Rule 12(b)(6), Fed. R. Civ. P. ; the complaint fails to comply with Rule 8(a), Fed. R. Civ. P.; and, for the most part, the documents are not legible.

　　　　Accordingly, it is ORDERED DISMISSING this action without prejudice under 28 U.S.C. §1915(e)(2)(B). It is further ORDERED DENYING the motion to proceed in forma pauperis (doc. 3) and motion for service by the marshal (doc. 4) on grounds of mootness.

　　　　Plaintiff is urged to seek the advice of a lawyer. If he does not have one, he may wish

1 to contact the Lawyer Referral Service of the Maricopa County Bar Association at 602-257-
2 4434.
3      DATED this 21st day of September, 2012.

                      *Frederick J. Martone*
                       Frederick J. Martone
                       United States District Judge